762 A.2d 652

IN THE MATTER OF THOMAS BENITZ, AN ATTORNEY AT LAW.

December 6, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **THOMAS BENITZ** of **CLINTON,** who was admitted to the bar of this State in 1975, should be suspended from the practice of law for a period of three months for violating RPC 1 .1(a) (gross neglect), RPC 1.4(a) (failure to keep client reasonably informed) and RPC 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation); and good cause appearing;

It is ORDERED that **THOMAS BENITZ** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective January 2, 2001; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.